IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>vs.<br><br>Gerald Thomas Hatten,<br><br>  Defendant. | NO.   CR 99-00773-TUC-JGZ(BPV)<br><br>**REPORT AND RECOMMENDATION ON DEFENDANT'S MOTION TO BE BROUGHT BEFORE COURT AND MOTION TO TERMINATE SUPERVISED RELEASE** |

On March 19, 2013, Defendant filed pro se a Motion to be Brought Before the Court for Imposition of Sentence on Supervised Release Violation [Doc. 69]. The Court Ordered [Doc. 71] on March 21, 2013, that Counsel confer and file a Notice proposing what action should be taken on Defendant's Motion. On March 29, 2013, Counsel filed a Motion to Terminate Supervised Release [Doc. 72].

The Court recommends that the District Judge, after her independent review and consideration, enter an order **GRANTING** Defendant's Motion to Terminate Supervised Release [Doc. 72] and **DISMISSING** the Petition to Revoke Supervised Release [Doc. 65] and the Arrest Warrant [Doc. 66] issued November 10, 2008.

DATED this 29th day of March, 2013.

_____
Bernardo P. Velasco
United States Magistrate Judge