1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7                        FOR THE DISTRICT OF ARIZONA
8
9
10   United States of America,          )   CR 99-00773-TUC-JGZ (BPV)
                                         )
11              Plaintiff,               )   **ORDER**
                                         )
12   vs.                                 )
                                         )
13                                       )
     Gerald Thomas Hatten,               )
14                                       )
                Defendant.               )
15                                       )
     _____)
16

17        On April 2, 2013, Magistrate Judge Bernardo P. Velasco filed a Report and

18   Recommendation recommending that this Court grant Defendant's Motion to Terminate

19   Supervised Release (Doc. 72) and Dismissing the Petition to Revoke Supervised Release

20   (Doc. 65) and the Arrest Warrant (Doc. 66), both issued November 10, 2008.

21        This Court has conducted an independent review and consideration of the documents.

22        Accordingly, IT IS HEREBY ORDERED as follows:

23        (1) United States Magistrate Judge Velasco's Report and Recommendation (Doc. 73)

24   is ACCEPTED AND ADOPTED.

25        (2) Defendant's Motion to Terminate Supervised Release (Doc. 72) is GRANTED.

26        (3) The Petition to Revoke Supervised Release (Doc. 65) is DISMISSED.

27        (4) The arrest warrant issued November 10, 2008 (Doc. 66) is QUASHED.

28

1    (3) Defendant's Motion to be Brought Before The Court for Imposition of Sentence

2    On Supervised Release Violations (Doc. 69) is DENIED as MOOT.

3    DATED this 2nd day of April, 2013.

4

5

6    Jennifer G. Zipps

7    United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28